IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BILLY MARSH<br>*Plaintiff* | § | |
| vs. | § | CIVIL ACTION NO. 2:18-cv-147-JRG-RSP |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br>*Defendant* | § | |

**ORDER GRANTING FIRST MOTION
TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF**

On April 13, 2018, Plaintiff initiated this civil action pursuant to the Social Security Act (The Act), 42 U.S.C. § 1383(c)(3), Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits under the Act. Pursuant to 28 U.S.C. § 636(b), the case was referred to the undersigned for findings of fact, conclusions of law, and recommendations for the disposition of pending motions. *See Mathews v. Weber*, 423 U.S. 261, 271-72 (1976); *Anthony v. Sullivan*, 954 F.2d 289 (5th Cir. 1992).

On September 14, 2018, an Order Directing Filing of Briefs was issued; copies were sent to both parties. The current deadline for Plaintiff's Brief is October 29, 2018. Counsel now files an Unopposed Motion to Extend Time to file a Brief, for thirty days, because of a heavy case load,

pending deadlines, and the need for more time to prepare an adequate Brief. Accordingly, this Court

**ORDERS** that Plaintiff's motion is **GRANTED**. Plaintiff's Brief is due November 28, 2018, and Defendant's deadline is extended in accordance with the briefing order.

**SIGNED this 30th day of October, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE